Randall B. Reed, Wyo. Bar No. 5-2863
Aaron J. Lyttle, Wyo. Bar No. 7-4726
**Long Reimer Winegar Beppler LLP**
2120 Carey Avenue, Suite 300
Cheyenne, WY 82001
(307) 635-0710—Telephone
(307) 635-0413—Facsimile
rreed@lrw-law.com
alyttle@lrw-law.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 DEC 21  PM 4: 18

STEPHAN HARRIS. CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| SOCIÉTÉ GÉNÉRALE,<br><br>     Plaintiff Stakeholder,<br><br>v.<br><br>ESCALERA RESOURCES CO.; EOG A RESOURCES, INC. f/k/a ABO PETROLEUM CORP.; ANADARKO PETROLEUM CORPORATION; BLACKSTONE NATURAL RESOURCES II, L.P.; BLACK STONE MINERALS COMPANY, L.P. f/k/a BLACKSTONE NATURAL RESOURCES II-B; CECIL RAY WEBER REVOCABLE TRUST; JACQUELINE E. CHORNEY; CLARENCE J. WENDT; DEANNA MORRISON; FREILLC-II; FRIENDS OF THE AMERICAS; FRONT RANGE ENERGY INVESTORS LLC; GEORGE R. SALISBURY JR. MINERAL TRUST; IRW HOLDING COMPANY, LLC; JACK CREEK LAND AND CATTLE COMPANY; THE JANE ELIZABETH ELWING TRUST; JOEL I. BERSON; WELDON C. JULANDER TRUST; KATHLEEN S. WEBER REVOCABLE TRUST; MAP 2003, L.L.C.; MAP 2004, L.L.C.; MARK S. DOLAR REVOCABLE TRUST; JANET K. DOLAR REVOCABLE TRUST; MARSHALL & WINSTON, INC.; MERIT ENERGY COMPANY, LLC; MERIT ENERGY PARTNERS III, L.P.; MERIT MANAGEMENT PARTNERS I, L.P. f/k/a MERIT PARTNERS; M M ENERGY, INC.; EOG | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 18-CV-221-C |

#5784286

M RESOURCES, INC. f/k/a MYCO INDUSTRIES )
INC.; NORTH FINN LIMITED LIABILITY )
COMPANY; O'CONNELL PARTNERS, L.P.; )
PIDGEON CAY ASSOCIATES, LLC; RJG LLC; )
SOCCORO PROPERTIES, LLC; STELBAR OIL )
CORPORATION, INC.; THE ALLAR )
COMPANY; TOURMALINE EXPLORATION )
COMPANY, LLC; WALTER S. FEES, JR. & SON )
OIL AND GAS, LLC; WHITE ENERGY CORP.; )
WILLIAMSON ENTERPRISES, LLC; OXY Y-1 )
COMPANY    f/k/a    YATES    DRILLING )
COMPANY; and EOG Y RESOURCES, INC. f/k/a )
YATES PETROLEUM CORPORATION, )
                                                                                    )
       Defendant Claimants.                                       )
                                                                                    )

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

Plaintiff Stakeholder, Société Générale, by and through its attorneys Long Reimer Winegar Beppler LLP, and pursuant to Federal Statute 28 U.S.C. § 1335, files its Complaint For Interpleader and Declaratory Relief against Defendant Claimants, Escalera Resources Co., EOG A Resources, Inc. f/k/a ABO Petroleum Corp., Anadarko Petroleum Corporation, Blackstone Natural Resources II, L.P., Black Stone Minerals Company, L.P. f/k/a Blackstone Natural Resources II-B, L.P., Cecil Ray Weber Revocable Trust, Jacqueline E. Chorney, Clarence J. Wendt, Deanna Morrison, FREILLC-II, Friends of the Americas, Front Range Energy Investors LLC, George R. Salisbury Jr. Mineral Trust, IRW Holding Company, LLC, Jack Creek Land and Cattle Company, The Jane Elizabeth Elwing Trust, Joel I. Berson, Weldon C. Julander Trust, Kathleen S. Weber Revocable Trust, MAP 2003, L.L.C., MAP 2004, L.L.C., Mark S. Dolar Revocable Trust, Janet K. Dolar Revocable Trust, Marshall & Winston, Inc., Merit Energy Company, LLC, Merit Energy Partners III, L.P., Merit Management Partners I, L.P. f/k/a Merit

Partners, M M Energy, Inc., EOG M Resources, Inc. f/k/a MYCO Industries, Inc., North Finn

Limited Liability Company, O'Connell Partners, L.P., Pidgeon Cay Associates, LLC, RJG, LLC,

Soccoro Properties, LLC, Stelbar Oil Corporation, Inc., The Allar Company, Tourmaline

Exploration Company, LLC, Walter S. Fees, Jr. & Son Oil and Gas, LLC, White Energy Corp.,

Williamson Enterprises, LLC, Oxy Y-1 Company f/k/a Yates Drilling Company, and EOG Y

Resources, Inc. f/k/a Yates Petroleum Corporation, and alleges as follows:

## NATURE OF ACTION

1.      This is an action for statutory interpleader pursuant to 28 U.S.C. § 1335. The

Plaintiff Stakeholder, Société Générale, a French corporation, has possession of certain funds in a

bank account that were obtained through agreed turnover following a dismissed bankruptcy

proceeding in which Defendant Claimant, Escalera Resources Co., was the debtor. The Defendant

Claimants in this action may each assert the right to take possession of certain portions of these

funds in which the Plaintiff Stakeholder itself has no interest or entitlement. Therefore, the purpose

of this interpleader action is to resolve the conflicting claims to these funds and to relieve Société

Générale of any liability for possession of them.

## PARTIES, JURISDICTION, AND VENUE

2.      Plaintiff Stakeholder, Société Générale, is a foreign financial services company

organized under the laws of France with its principal place of business in France.

3.      Defendant Claimant Escalera Resources Co., is a company organized under the

laws of Maryland with its principal place of business in Colorado. This Defendant Claimant may

be served by and through its registered agent, Carl Osborne, 2431 E. 6th, Casper, Wyoming 82601.

4.      Upon information and belief, Defendant Claimant EOG A Resources, Inc. f/k/a ABO Petroleum Corp. is a corporation organized under the laws of New Mexico with its principal place of business in New Mexico. This Defendant Claimant may be served by and through its registered agent CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

5.      Upon information and belief, Defendant Claimant Anadarko Petroleum Corporation is a corporation organized under the laws of Delaware with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

6.      Upon information and belief, Defendant Claimant Blackstone Natural Resources II, L.P. is a limited partnership organized under the laws of Delaware with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801.

7.      Upon information and belief, Defendant Claimant Black Stone Minerals Company, L.P., the successor by merger to Blackstone Natural Resources II-B, L.P., is a Delaware Limited Partnership with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

8.      Upon information and belief, Defendant Claimant Cecil Ray Weber Revocable Trust is a trust administered under the laws of the State of Wyoming. This Defendant Claimant may be served by and through its trustee, Cecil Ray Weber, at 125 County Road 702, Baggs, Wyoming 82321.

9.     Upon information and belief, Defendant Claimant Jacqueline E. Chorney is an individual residing in New York and may be served at 32 E. 76th Street Apt. PH, New York, New York 10021.

10.     Upon information and belief, Defendant Claimant Clarence J. Wendt is an individual residing in Nevada and may be served at 5004 E. Albuquerque Road, Reno, Nevada 89511.

11.     Upon information and belief, Defendant Claimant Deanna Morrison is an individual residing in Colorado and may be served at 2675 Springside Court, Apt. 2B, Grand Junction, Colorado 81506.

12.     Upon information and belief, Defendant Claimant FREILLC-II is a company organized under the laws of Colorado with its principal place of business in Colorado.  This Defendant Claimant may be served by and through its registered agent Rocky Royalties LLC, 324 Garden Street, Golden, Colorado 80403.

13.     Upon information and belief, Defendant Claimant Friends of the Americas is a nonprofit corporation organized under the laws of Louisiana with its principal place of business in Louisiana.  This Defendant Claimant may be served by and through its registered agent Diane A. Jenkins, 918 North Foster Drive, Baton Rouge, Louisiana 70806.

14.     Upon information and belief, Defendant Claimant Front Range Energy Investors LLC is a company organized under the laws of Colorado with its principal place of business in Colorado.  This Defendant Claimant may be served by and through its registered agent Rocky Royalties LLC, 324 Garden Street, Golden, Colorado 80403.

15.     Upon information and belief, Defendant Claimant George R. Salisbury Jr. Mineral Trust is a trust administered under the laws of the State of Wyoming. This Defendant Claimant may be served by and through its trustee, George R. Salisbury Jr., at PO Box 159, Savery, Wyoming 82332, or wherever it may be found.

16.     Upon information and belief, Defendant Claimant IRW Holding Company, LLC is a company organized under the laws of Texas with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent WFMC, Inc., 711 Louisiana Street, Suite 1660, Houston, Texas 77002.

17.     Upon information and belief, Defendant Claimant Jack Creek Land and Cattle Company is a company organized under the laws of Wyoming with its principal place of business in Wyoming. This Defendant Claimant may be served by and through its registered agent Kathryn L. Sanger, 422 Jack Creek Road, PO Box 645, Saratoga, Wyoming 82331, or wherever it may found.

18.     Upon information and belief, Defendant Claimant the Jane Elizabeth Elwing Trust is a trust administered under the laws of the State of Colorado. This Defendant Claimant may be served by and through its trustee, Jane Elizabeth Elwing, at 619 S. Xenon Ct., Lakewood, Colorado 80228.

19.     Upon information and belief, Defendant Claimant Joel I. Berson is an individual residing in New York and may be served at 180 E. End Avenue, Apt. 7B, New York, New York 10128.

20.     Upon information and belief, Defendant Claimant Weldon C. Julander Trust is a trust administered under the laws of the State of Colorado. This Defendant Claimant may be

served by and through its trustee, John Julander, at PO Box 2773, Littleton, Colorado 80161, or wherever it may be found.

21.     Upon information and belief, Defendant Claimant Kathleen S. Weber Revocable Trust is a trust administered under the laws of the State of Wyoming. This Defendant Claimant may be served by and through its trustee, Kathleen S. Weber, at PO Box 70, Baggs, Wyoming 82321, or wherever it may be found.

22.     Upon information and belief, Defendant Claimant MAP 2003, L.L.C. is a company organized under the laws of Oklahoma with its principal place of business in Oklahoma. This Defendant Claimant may be served by and through its registered agent, Robertson & Williams, Inc., 9658 N. May Ave., Suite 200, Oklahoma City, Oklahoma 73120.

23.     Upon information and belief, Defendant Claimant MAP 2004, L.L.C. is a company organized under the laws of Oklahoma with its principal place of business in Oklahoma. This Defendant Claimant may be served by and through its registered agent, Robertson & Williams, Inc., 9658 N. May Ave., Suite 200, Oklahoma City, Oklahoma 73120.

24.     Upon information and belief, Defendant Claimant Mark S. Dolar Revocable Trust is a trust administered under the laws of the State of Florida. This Defendant Claimant may be served by and through its trustee, Mark S. Dolar, 1333 College Parkway, #172, Gulf Breeze, Florida 32563.

25.     Upon information and belief, Defendant Claimant Janet K. Dolar Revocable Trust is a trust administered under the laws of the State of Florida. This Defendant Claimant may be served by and through its trustee, Janet K. Dolar, 1333 College Parkway, #172, Gulf Breeze, Florida 32563.

26.     Upon information and belief, Defendant Claimant Marshall & Winston, Inc. is a corporation organized under the laws of Nevada with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

27.     Upon information and belief, Defendant Claimant Merit Energy Company, LLC is a company organized under the law of Delaware with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent, Corporation Service Company, 1821 Logan Ave., Cheyenne, Wyoming 82001.

28.     Upon information and belief, Defendant Claimant Merit Energy Partners III, L.P. is a limited partnership organized under the laws of Delaware with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent, Corporation Service Company, 1821 Logan Ave., Cheyenne, Wyoming 82001.

29.     Upon information and belief, Defendant Claimant Merit Management Partners I, L.P. f/k/a Merit Partners is a limited partnership organized under the laws of Delaware with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent, The Prentice-Hall Corporation System, Inc., 1821 Logan Ave., Cheyenne, Wyoming 82001.

30.     Upon information and belief, Defendant Claimant M M Energy, Inc. is a corporation organized under the laws of Oklahoma with its principal place of business in Oklahoma. This Defendant Claimant may be served by and through its registered agent, Mike Murphy, 13927 Quail Pointe Drive, Oklahoma City, Oklahoma 73134.

#5784286

31.    Upon information and belief, Defendant Claimant EOG M Resources, Inc. f/k/a MYCO Industries, Inc. is a corporation organized under the laws of New Mexico with its principal place of business in New Mexico.  This Defendant Claimant may be served by and through its registered agent, CT Corporation System, Inc., 1908 Thomes Ave., Cheyenne, Wyoming 82001.

32.    Upon information and belief, Defendant Claimant North Finn Limited Liability Company is a company organized under the laws of Wyoming with its principal place of business in Wyoming.  This Defendant Claimant may be served by and through its registered agent, Thomas F. Reese, 159 N. Wolcott, Suite 400, Casper, Wyoming 82601.

33.    Upon information and belief, Defendant Claimant O'Connell Partners, L.P. is a limited partnership organized under the laws of Delaware with its principal place of business in Texas.  This Defendant Claimant may be served by and through its registered agent, CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

34.    Upon information and belief, Defendant Claimant Pidgeon Cay Associates, LLC is a company organized under the laws of Colorado with its principal place of business in Colorado. This Defendant Claimant may be served by and through its registered agent, William C. Caile, 460 S. Marion Parkway, Suite 1856 B, Denver, Colorado 80209.

35.    Upon information and belief, Defendant Claimant RJG, LLC is a company organized under the laws of Kansas with its principal place of business in Kansas. This Defendant Claimant may be served by and through its registered agent, RJG, LLC, 13879 W. 5th Terrace, Shawnee, Kansas 80209.

36.    Upon information and belief, Defendant Claimant Soccoro Properties, LLC is a limited liability company organized under the laws of Colorado with its principal place of business

in Colorado. This Defendant Claimant may be served by and through its registered agent, Corporation Service Company, 1821 Logan Ave., Cheyenne, Wyoming 82001.

37.    Upon information and belief, Defendant Claimant Stelbar Oil Corporation, Inc. is a corporation organized under the laws of Kansas with its principal place of business in Kansas. This Defendant Claimant may be served by and through its registered agent, CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

38.    Upon information and belief, Defendant Claimant The Allar Company is a company organized under the laws of Texas with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent, John C. Graham, 735 Elm Street, Graham, Texas 76450.

39.    Upon information and belief, Defendant Claimant Tourmaline Exploration Company, LLC is a limited liability company organized under the laws of Colorado with its principal place of business in Colorado. This Defendant Claimant may be served by and through its registered agent, Throne Law Office, P.C., 424 N. Main Street, Suite 201, Sheridan, Wyoming 82801.

40.    Upon information and belief, Defendant Claimant Walter S. Fees, Jr. & Son Oil and Gas, LLC is a company organized under the laws of Colorado with its principal place of business in Colorado. This Defendant Claimant may be served by and through its registered agent, Walter S. Fees IV, 1723 Meadow Drive, Cheyenne, Wyoming 82001.

41.    Upon information and belief, Defendant Claimant White Energy Corp. is a corporation organized under the laws of Montana with its principal place of business in Montana.

This Defendant Claimant may be served by and through its registered agent, Alexander K. Davison, 1920 Thomes Ave., Suite 600, Cheyenne, Wyoming 82001.

42.     Upon information and belief, Defendant Claimant Williamson Enterprises LLC is a company organized under the laws of Colorado with its principal place of business in Colorado. This Defendant Claimant may be served by and through its registered agent, Jeremy Adam Williamson, 2618 Hollingbourne Drive, Fort Collins, Colorado 80526.

43.     Upon information and belief, Defendant Claimant Oxy Y-1 Company f/k/a Yates Drilling Company is a company organized under the laws of New Mexico with its principal place of business in Texas. This Defendant Claimant may be served by and through its registered agent, CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

44.     Upon information and belief, Defendant Claimant EOG Y Resources, Inc. f/k/a Yates Petroleum Corporation is a corporation organized under the laws of New Mexico with its principal place of business in New Mexico. This Defendant Claimant may be served by and through its registered agent, CT Corporation System, 1908 Thomes Ave., Cheyenne, Wyoming 82001.

45.     This Court has jurisdiction over this statutory interpleader action pursuant to the provisions of 28 U.S.C. § 1335(a) because:

a.   Defendant Claimant Escalera Resources Co. and Anadarko Petroleum Corporation, two adverse claimants, have complete diversity of citizenship pursuant to 28 U.S.C. § 1335(a)(1) because Escalera Resources Co. is a corporation organized under the laws of Maryland with its principal place of business in Colorado, while Anadarko Petroleum Corporation is a corporation

#5784286

organized under the laws of Delaware with its principal place of business in

Texas;

b.  The dispute between the Defendant Claimants involves claims to funds held in

an account by Plaintiff in excess of $500; and

c.  Plaintiff has simultaneously herewith filed a Motion for Leave to Make Deposit

in Court seeking authority to transfer the funds to the Court.  If granted, Plaintiff

will forthwith deposit all sums being held into the registry of the Court.

46.     Venue is proper in this action pursuant to 28 U.S.C. § 1397 because numerous of

the Defendant Claimants, including North Finn Limited Liability Company, are residents of this

judicial district.

<h3 style="text-align:center">SUMMARY OF ADVERSE CLAIMS TO FUNDS</h3>

47.     Plaintiff Stakeholder is a secured lender of Escalera Resources Co. ("Escalera").

Escalera filed for bankruptcy protection on November 5, 2015.  *See* Dkt. 1, *In re Escalera

Resources Co.*, Case No. 15-22395-TBM, United States Bankruptcy Court for the District of

Colorado.

48.     On November 6, 2015, Escalera filed its Statement of Financial Affairs with the

Bankruptcy Court, signed under penalty of perjury.  *See* Dkt. 17.  In response to a question in the

Statement of Financial Affairs which requested that Escalera "[l]ist all property owned by another

person that [Escalera] holds or controls," Escalera did not list any funds held by Escalera for the

Defendant Claimants.  *Id.*  Moreover, Escalera's Schedules, filed concurrently with its Statement

of Financial Affairs and also signed under penalty of perjury, did not list the Defendant Claimants

#5784286

as creditors of Escalera. Thus, the initial declarations of Escalera made under penalty of perjury provided that the amounts owed to Defendant Claimants was zero.

49.    On March 16, 2016, Escalera amended its Schedules, listing the following Defendant Claimants as general unsecured creditors of Escalera: ABO Petroleum Corp., Anadarko Petroleum Corporation, Blackstone Natural Resources II, Blackstone Natural Resources II-B, Cecil Ray Weber Revocable Trust, Clarence J. Wendt, David L. Bayer, Deanna Morrison, FREILLC-II, Friends of America, Front Range Energy Investors LLC, George R. Salisbury Jr. Trust, Henrietta L. Johnson, IRW Holding Company, Jack Creek Land, Jacqueline E. Chorney, Janet K. Dolar Trust, Joel I. Berson, Kathleen S. Weber Revocable Trust, Lane Lasrich, MAP2003-NET, MAP0304, Mark S. Dolar Trust, Marshall & Winston, Merit Energy, Merit Energy Partners III, Merit Mgmt Partners I LP, Merit Partners, MM Energy, MYCO Industries, Inc., North Finn, LLC, O'Connell Partners LP, Patricia Wilson Schaefer, Pidgeon Cay Associates LLC, RJG Company, Soccoro Properties, Soccoro Properties LLC, Stelbar Oil Corp., The Jane Elizabeth Elwing Trust, Tourmaline Exploration Co., LLC, Walter S Fees, Jr. & Son Oil & Gas, LLC, Weldon C. Julander Trust, Wendt Family Trust, White Energy Corp., Williamson Enterprises, Yates Drilling Corp., and Yates Petroleum Corp. Escalera listed the total amount owing to these parties as $111,788.90. This amount obviously differs from the previous stated amount of zero. Although Escalera listed the foregoing Defendant Claimants as general unsecured creditors of Escalera, the Schedules and Statement of Financial Affairs did not list an escrow account holding amounts due to royalty owners.[1]

---

[1] Pursuant to the Wyoming Royalty Payment Act (the "WRPA"), in instances where payment cannot be made to royalty owners within a time limit specified by the WRPA, "the lessee or operator, purchaser or other party legally responsible for payment shall deposit all proceeds credited to the eventual interest owner to an escrow account in a federally insured bank or savings and loan institution in Wyoming . . . ." Wyo. Stat. Ann. § 30-5-302.

50.    Ultimately, Escalera's bankruptcy case was dismissed on June 21, 2018.

51.    Following dismissal of the bankruptcy case of Escalera, and pursuant to its security interest on substantially all of the assets of Escalera, on June 25, 2018, Plaintiff Stakeholder came into possession of, among other amounts, $515,708.26 then held in Escalera's general operating account.  On July 25, 2018, bankruptcy counsel for Escalera provided Plaintiff Stakeholder with information asserting that $515,708.26 in funds previously held in Escalera's general operating account, and subsequently swept by Plaintiff Stakeholder, were actually funds held on behalf of unnamed overriding royalty interest holders in the State of Wyoming related to the Spyglass Hill Unit in Wyoming's Washakie Basin, thus establishing a third and different amount owed to Defendant Claimants (as discussed above, the previous amounts provided were zero and $111,788.90).

52.    Upon information and belief, overriding royalty funds in Wyoming are the personal property of the overriding royalty owner. *Young v. Young*, 709 P.2d 1254, 1257 (Wyo. 1985); *Ferguson v. Coronado Oil Co.*, 884 P.2d 971, 976 (Wyo. 1994).  Consequently, any such funds were not property of Escalera and thus not collateral of Plaintiff Stakeholder.  Plaintiff Stakeholder files this Complaint for Interpleader and Declaratory Relief in order for the rightful owners of the $515,708.26 to receive their property.

53.    After several weeks of investigation and with the assistance of Escalera's bankruptcy counsel, Plaintiff Stakeholder was able to ascertain the names of the overriding royalty interest holders and the corresponding amounts of royalties held that make up the $515,708.26 at issue. Attached hereto as **Attachment A** is a spreadsheet prepared by Escalera (and supplemented with addresses by Plaintiff Stakeholder based on Escalera's administrative bankruptcy filings)

detailing the persons holding claims against the funds and Escalera's calculation of the amount of each claim against the $515,708.26.

54.    While the spreadsheet attached hereto provides Plaintiff Stakeholder with some guidance as to the amounts of claims against the $515,708.26, Plaintiff Stakeholder has been unable to positively verify the amounts of such claims. Since receiving the funds, Plaintiff Stakeholder has requested from Escalera documentation supporting the claimed amounts shown in Attachment A. Escalera has failed provide such documentation. Escalera's bankruptcy counsel indicated to Plaintiff Stakeholder that Escalera could not locate any supporting documentation for the claimed amounts. Compounding the issue, upon information and belief, Escalera no longer has any corporate employees—all of the officers and employees of Escalera have departed the company. As a result, Plaintiff Stakeholder cannot verify with any degree of certainty the information provided by Escalera in Attachment A.

55.    Based on the disclosures made by Escalera in its bankruptcy proceeding, as described above, and the fact that Plaintiff Stakeholder does not have the data underlying the amounts described in Attachment A, Plaintiff Stakeholder cannot be sure of the entitlement of, and amounts due, to each Defendant Claimant. Indeed, Escalera has asserted three differing amounts owed to the Defendant Claimants since the start of its bankruptcy proceeding. As a result, Plaintiff Stakeholder risks duplicate liability for the funds. More precisely, if Escalera were to distribute the funds according to Attachment A only to subsequently learn that (i) there are claims to the funds in addition to those listed in Attachment A and/or (ii) the amounts listed in Attachment A are incorrect, Plaintiff Stakeholder could be at risk of duplicate liability for the $515,708.26. Absent a consolidated forum such as this Complaint for Interpleader and Declaratory Relief,

#5784286

Plaintiff Stakeholder cannot distribute funds according to the figures provided in Attachment A. Therefore, this Court should grant the relief sought herein to permit the rightful owners of the funds to receive their property and to alleviate Plaintiff Stakeholder's risk of liability associated with the distribution of the $515,708.26 fund.

## INTERPLEADER

56.     Plaintiff Stakeholder, Société Générale, acknowledges that the funds at issue should either be provided to the possible claimants or to Defendant, Escalera Resources Co.

51.     Plaintiff has no interest in or claim to the funds or in the claims of any of the adverse claimants.

52.     Under the provisions of 28 U.S.C. § 1335(a), Plaintiff is entitled to join all claimants to the funds in a single action and to require each to seek a judicial determination as to lawful ownership of the disputed funds so as to avoid the possibility of multiple litigation and a substantial risk of duplicate or inconsistent rulings on proper ownership of the funds.

53.     Upon the authority of the Court, Plaintiff will deposit all sums into the registry of the court.

54.     Once the Court has ruled on the propriety of interpleader in this action, Société Générale should be discharged from any further obligation in connection with the possible disputes between Defendant, Escalera Resources Co., and all other Defendant Claimants in respect to the ownership of the funds.

55.     Plaintiff has incurred costs and reasonable attorneys' fees in bringing this action in an amount to be shown at a hearing concerning the propriety of interpleader and discharge of the Plaintiff.

#5784286

**WHEREFORE,** Plaintiff Stakeholder, Société Générale, prays for the following relief:

A. That this Court permit Plaintiff to deposit the sum of $515,708.26 with the Court and following this deposit, that this Court relieve and discharge Plaintiff from any further liability on any claim that has or may in the future be made concerning the funds or the ownership of any such funds;

B. That this Court determine which of the defendants named herein are entitled to the funds, and any interest earned on the funds, or, in the alternative, the proportionate share of each defendant in the funds;

C. That each of the Defendant Claimants be enjoined from instituting any action against the Plaintiff for recovery of the funds;

D. That the Defendant Claimants be required to settle between themselves their rights to the funds;

E. That Plaintiff Stakeholder be awarded its costs and attorney's fees incurred in this action.

**DATED** this 21ˢᵗ day of December, 2018.

                              **SOCIÉTÉ GÉNÉRALE, PLAINTIFF STAKEHOLDER**

By:   _Randall B. Reed_
      Randall B. Reed, Wyo. Bar No. 5-2863
      Aaron J. Lyttle, Wyo. Bar No. 7-4726
      **Long Reimer Winegar Beppler LLP**
      2120 Carey Avenue, Suite 300
      Cheyenne, WY 82001
      (307) 635-0710—Telephone
      (307) 635-0413—Facsimile
      rreed@lrw-law.com
      alyttle@lrw-law.com

#5784286

|  |  | ADDRESSES ADDED BY BRACEWELL |  | Total |
|---|---|---|---|---|
| ORRI Owner 1 | Abo | 105 S 4th St., Artesia, MN 88210-2177 | $ | 0.65 |
| ORRI Owner 2 | APC | P.O. Box 730875, Dallas, TX 75373-0875 | $ | 266,374.18 |
| ORRI Owner 4 | Blackstone II | 1001 Fannin St., Ste 2020, Houston, TX 77002-6715 | $ | 3,998.62 |
| ORRI Owner 5 | Blackstone IIB | 1001 Fannin St., Ste 2020, Houston, TX 77002-6715 | $ | 2,541.24 |
| ORRI Owner 6 | Cecil Ray Weber | P.O. Box 70, Baggs, WY 82321-0070 | $ | 13,633.08 |
| ORRI Owner 7 | Chorney |  | $ | 9,169.17 |
| ORRI Owner 8 | C. Wendt | 5004 E. Albuquerque Rd., Reno, NV 89511-5608 | $ | 547.81 |
| ORRI Owner 9 | Deanna Morrison | 2675 Springside Ct. #2B, Grand Junction, CO 81506-6007 | $ | 10,313.80 |
| ORRI Owner 10 | FREILLC-II | 324 Garden St., Golden, CO 80403-1558 | $ | 152.17 |
| ORRI Owner 11 | Friends of America | P.O. Box 10, Greenwell Springs, LA 70739-0010 | $ | 10,313.80 |
| ORRI Owner 12 | Front Range Investors | 324 Garden St., Golden, CO 80403-1558 | $ | 4.37 |
| ORRI Owner 13 | G. Salisbury | P.O. Box 159, Savery, WY 82332-0159 | $ | 20,627.66 |
| ORRI Owner 14 | IRW | 711 Louisiana St., Ste 1660, Houston, TX 77002-2716 | $ | 34,752.78 |
| ORRI Owner 15 | Jack Creek Land | P.O. Box 1328, Saratoga, WY 82331-1328 | $ | 290.88 |
| ORRI Owner 16 | Jacqueline Chorney | P.O. Box 280707, Denver, CO 80228-0707 | $ | 4,705.94 |
| ORRI Owner 17 | JE Elwig (Chorney) | 619 S. Xenon Ct., Lakewood, CO 80228-2820 | $ | 23,168.53 |
| ORRI Owner 19 | Joel I Berson | 180 E End Ave Apt 7B, New York, NY 10128-7765 | $ | 1,175.53 |
| ORRI Owner 20 | Julander Trust | P.O. Box 2773, Littleton, CO 80161-2773 | $ | 53.59 |
| ORRI Owner 21 | Kathleen S. Weber | P.O. Box 70, Baggs, WY 82321-0070 | $ | 13,633.08 |
| ORRI Owner 22 | MAP0304 | P.O. Box 269031, Oklahoma City, OK 73126-9031 | $ | 386.80 |
| ORRI Owner 23 | MAP 2003-Net | P.O. Box 268947, Oklahoma City, OK 73126-8947 | $ | 25,240.29 |
| ORRI Owner 24 | Mark S. Dolar and Janet K. Dolar | 1333 College Pkwy #172, Gulf Breeze, FL 32563-2711 | $ | 253.99 |
| ORRI Owner 25 | Marshall & Winston | P.O. Box 50880, Midland, TX 79710-0880 | $ | 2,781.81 |
| ORRI Owner 26 | Merit Energy | P.O. Box 843727, Dallas, TX 75284-3727 | $ | 417.29 |
| ORRI Owner 27 | Merit Energy Partners III | P.O. Box 843727, Dallas, TX 75284-3727 | $ | 12,105.67 |
| ORRI Owner 28 | Merit Mgmt 1 | P.O. Box 843727, Dallas, TX 75284-3727 | $ | 30,498.65 |
| ORRI Owner 29 | Merit Partners | P.O. Box 843727, Dallas, TX 75284-3727 | $ | 1,251.83 |
| ORRI Owner 30 | Mike Murphy |  | $ | 858.40 |
| ORRI Owner 32 | Myco | P.O. Box 840, Artesia, NM 88211-0840 | $ | 0.65 |
| ORRI Owner 33 | North Finn | P.O. Box 51208, Casper, WY 82605-1208 | $ | 8,797.07 |
| ORRI Owner 34 | O'Connell Partners | P.O. Box 301491, Dallas, TX 75303-1491 | $ | 10,018.61 |
| ORRI Owner 35 | Pidgeon Cay | 460 S Marion Pkwy #1856B, Denver, CO 80209-5531 | $ | 13.39 |
| ORRI Owner 37 | RJG | 200 E First Ste 307, Wichita, KS 67202 | $ | 154.09 |
| ORRI Owner 38 | Soccoro | P.O. Box 1049, Bellaire, TX 77402-1049 | $ | 154.09 |
| ORRI Owner 39 | Stelbar Oil Corp | 1625 N Waterfront Pkwy Ste 200, Wichita, KS 67206-6620 | $ | 154.09 |
| ORRI Owner 41 | The Allar Company |  | $ | 363.65 |
| ORRI Owner 42 | Tourmaline Exploration | 2403 Tenderfoot Dr., Larkspur, CO 80118-8757 | $ | 3.01 |
| ORRI Owner 43 | Walter S Fees | 2516 Foresight Cir #10, Grand Junction, CO 81505-1022 | $ | 154.09 |
| ORRI Owner 45 | White Energy | P.O. Box 21495, Billings, MT 59104-1495 | $ | 6,623.38 |
| ORRI Owner 46 | Williamson Enterprises | P.O. Box 32570, Santa Fe, NM 87594-2570 | $ | 13.39 |
| ORRI Owner 47 | Yates Drilling | P.O. Box 27570, Houston, TX 77227-7570 | $ | 0.65 |
| ORRI Owner 48 | Yates Petroleum | 105 S 4th St., Artesia, NM 88210-2177 | $ | 6.48 |
|  |  |  |  |  |
|  |  |  |  | 515,708.26 |



EXHIBIT
A
tabbies®